|  |  |  |
|---|---|---|
| TANISIA BOWMAN, on behalf of herself and all others similarly situated, | ) ) ) ) ) | **United States District Court Northern District of Illinois** |
| Plaintiffs, | ) ) | Case No.: 1:25-cv-8861 |
| v. | ) ) | |
| Flora 247, Inc., | ) ) | **Request for Clerk's Certificate of Default** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Tanisia Bowman requests a Clerk's certificate of entry of default. Within an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) Is not an infant or incompetent person;

2) Is not in the military service;

3) Was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) Has defaulted in appearance in the above captioned action.

Respectfully Submitted,

Dated: January 28, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

*/s/* **Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law