|  |  |  |
|---|---|---|
| | ) | **United States District Court** |
| TANISIA BOWMAN, on behalf | ) | **Northern District of Illinois** |
| of herself and all others similarly | ) | |
| situated, | ) | |
| | ) | Case No.: 1:25-cv-8861 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Affirmation in support of** |
| | ) | **Request for Clerk's** |
| Flora 247, Inc., | ) | **Certificate of Default** |
| | ) | |
| Defendant. | ) | |

Tanisia Bowman hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to the Americans with Disabilities Act,

42 U.S.C., Section 12181 et. seq. (ADA) and 28 CFR Part 36 (ADAAG).

3. The time for defendant, Flora 247, Inc., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant, Flora 247, Inc., has not answered or otherwise moved with respect to the complaint, and the time for defendant Flora 247, Inc., to answer or otherwise move has not been extended.

5. That defendant Flora 247, Inc., is not an infant or incompetent. Defendant Flora 247, Inc., is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff Tanisia Bowman requests that the default of defendant Flora 247, Inc. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Respectfully Submitted,

Dated: January 28, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
C: (929) 442-2154
Email: achan@ealg.law