**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Tanisia Bowman

          Plaintiff,

v.

                                      Case No.: 1:25−cv−08861

                                      Honorable Jorge L. Alonso

Flora 247, Inc.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion [40] for entry of default is denied without prejudice. Presentment of motion set for 7/15/26 is stricken. In light of the Court's recent ruling in Bennett v. Sweet Candy Company, 26−cv−3391 at Docket No. 19, which involves the same Plaintiff's counsel as in this case, the Court is concerned that Plaintiff may lack standing to bring this case. By 7/20/26, Plaintiff shall file a brief statement setting forth its position regarding standing. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.